IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 4:05-cv-00327-MP-AK

WILLIAM G. BURGESS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on plaintiff's motion for entry of a Judgment by default, Doc. 12.  It appears to the Court that:

(a)  The defendant who is party to this action has been duly served with legal process and the Court has jurisdiction over the party and the subject matter.

(b)  A default has properly been entered by the Clerk of the Court against the defendant for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

(c)  Plaintiff has submitted to the Court its proof, including a Certificate of Indebtedness as to defendant WILLIAM G. BURGESS a/k/a GEORGE W. BURGESS, the original promissory notes and security agreement securing such defendant's indebtedness, and the proof having been submitted and examined, and the pleadings, together with the record as a whole, having been considered, the Court finds a breach of the security agreement and the following amounts to be due to plaintiff from defendant WILLIAM G. BURGESS a/k/a GEORGE W. BURGESS:

| | |
|---|---|
| Unpaid Principal as of July 12, 2005 | $32,963.77 |
| Unpaid Interest to July 12, 2005 | +   2,507.42 |
| TOTAL AMOUNT DUE as of July 12, 2005 | $35,471.19 |

Plus interest at the daily accrual rate of $8.8996 from July 12, 2005, to the date of this order. Interest accrues thereafter at the annual rate of   4.77   %, as provided for in Title 28, United States Code, Section 1961.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

(1) The default entered by the Clerk of this Court against defendant WILLIAM G. BURGESS a/k/a GEORGE W. BURGESS, be and the same is hereby ratified and confirmed and Judgment by default is hereby entered in favor of the plaintiff United States of America against such defendant.

(2) Defendant WILLIAM G. BURGESS a/k/a GEORGE W. BURGESS, is ordered and directed to pay to plaintiff within ten (10) days after the date hereof the sums of money found to be due plaintiff on the notes and security agreement as herein above set forth along with costs of this action in the amount of $459.61.

(3) Defendant WILLIAM G. BURGESS a/k/a GEORGE W. BURGESS, is ordered and directed to turn over to FSA any remaining collateral and any proceeds of collateral to be applied to Defendant's debt.

**DONE AND ORDERED** this   *28th* day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge